IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STACEY CARTER                    :          CIVIL ACTION
                                 :
         v.                      :
                                 :
JOHN E. POTTER                   :          NO. 09-2897


ORDER

AND NOW, this 21st day of July, 2010, upon consideration of the defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment and to Strike Liquidated and Punitive Damages Claims (Docket No. 14), the plaintiff's response in opposition, and the defendant's reply thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED.  Judgment is entered for the defendant and against the plaintiff.  This case is CLOSED.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.